IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REFINERY INDUSTRIES, INC. | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-4847 |
| SCOTT TECHNOLOGIES, INC. | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, February 28, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: November 7, 2002

Copies:   Eileen Adler, Courtroom Deputy to Judge Dalzell
Docket Clerk - Case File

   Counsel:   Michael R. Needle, Esq.
   Barbara Brigham Denys, Esq.

ARB2.FRM