IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REFINERY INDUSTRIES, INC.            :            CIVIL ACTION

                                     :

    v.

                                     :

SCOTT TECHNOLOGIES, INC.             :            NO. 02-4847


**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for

ARBITRATION at 9:30 am on Thursday, March 20, 2003**\***.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                            Michael E. Kunz
                                            Clerk of Court

**\*Case continued from February 28, 2003**
**NO FURTHER CONTINUANCES**
**WILL BE GRANTED WITHOUT**
**COURT APPROVAL\***                        By:_____
                                            ADRIENNE MANN
                                            Deputy Clerk
                                            Phone:267-299-7075


Date:January 27, 2003


Copies:      Eileen Adler, Courtroom Deputy to Judge Dalzell
             Docket Clerk - Case File

             Counsel:     Michael R. Needle, Esq.
                          Barbara Brigham Denys, Esq.

             Arbitrators:


ARB2.FRM