```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| REFINERY INDUSTRIES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCOTT TECHNOLOGIES, INC. | : | NO. 02-4847 |

## ORDER

AND NOW, this 12th day of March, 2003, upon consideration of defendant's Motion For Summary Judgment and For a Continuance of the March 20, 2003 Arbitration Hearing Pending a Ruling On Summary Judgment, and the Court's attempts to reach plaintiff's counsel by telephone having been unavailing and in view of the imminence of arbitration, it is hereby ORDERED that:

1. Defendant's Motion For Summary Judgment and For a Continuance of the March 20, 2003 Arbitration Hearing Pending a Ruling On Summary Judgment (Doc. No. 8) is GRANTED IN PART;

2. Accordingly, the March 20, 2003 arbitration is CANCELLED, and the Court otherwise defers ruling on the motion; and

3. Plaintiff may file a memorandum of law in opposition to the motion for summary judgment by March 28, 2003.

BY THE COURT:

_____
Stewart Dalzell, J.