```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| REFINERY INDUSTRIES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCOTT TECHNOLOGIES, INC. | : | NO. 02-4847 |

### ORDER

AND NOW, this 25th day of April, 2003, upon consideration of the demand for trial <u>de novo</u>, it is hereby ORDERED that a final pretrial and settlement conference shall COMMENCE at 2:00 p.m. on April 28, 2003 in Chambers (Room 10613).

BY THE COURT:

_____
Stewart Dalzell, J.