```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

REFINERY INDUSTRIES, INC.   :   CIVIL ACTION
                            :
    v.                      :
                            :
SCOTT TECHNOLOGIES, INC.    :   NO. 02-4847

<u>ORDER</u>

AND NOW, this 28th day of April, 2003, upon consideration of plaintiff's demand for a trial <u>de</u> <u>novo</u> and defendant's letter requesting leave to file a motion for summary judgment, and after a final pretrial and settlement conference at which plaintiff failed to appear, it is hereby ORDERED that:

    1.  By May 2, 2003, defendant shall file a motion for summary judgment;

    2.  By May 16, 2003, plaintiff shall file a response thereto; and

    3.  The scheduling of any non-jury trial will abide disposition of summary judgment.

BY THE COURT:

_____
Stewart Dalzell, J.